# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2009

137299

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TRAVIS FARR GONZALES,
      Defendant-Appellant.

SC: 137299
COA: 283798
Saginaw CC: 93-008627-FC

_____/

      On order of the Court, the application for leave to appeal the August 22, 2008, order of the Court of Appeals is considered, and, in lieu of granting leave, we REVERSE the Saginaw Circuit Court's order denying defendant's request for the production of his trial records, and we REMAND this case to the circuit court for production of the requested records under MCR 6.433(C). The circuit court did not err in applying the court rules to deny defendant's requests. However, the court's order merely delayed defendant's inevitable, meritorious request for the records under MCR 6.433(C).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2009

_____
Clerk

l0318